| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>ADEL FAWZY,<br>　　　　　　　Plaintiff,<br>　　　　- against -<br>MAGDY GENDY,<br>　　　　　　　Defendant.<br>-------------------------------------------------------------- X | C/M<br><br>**MINUTE ENTRY AND ORDER**<br><br>12 Civ. 5580 (BMC) |

　　　　Plaintiff and defendant Magdy Gendy, *pro se*, appeared at a Status Conference held on July 24, 2013. Plaintiff withdrew his minimum wage claims under the Fair Labor Standards Act and New York Labor Law. The Court dismissed plaintiff's spread-of-hours claim under New York law for the reasons set forth on the record.

　　　　Trial on the issue of the hours plaintiff worked between April and September 2010 will commence on August 14, 2013 at 2:15 PM in Courtroom 8D South. If Mrs. Gendy intends to testify at the trial, plaintiff must be allowed to depose her first. See transcript for details. (Court Reporter: Marsha Diamond.)

**SO ORDERED.**

| | |
|---|---|
| Dated: Brooklyn, New York<br>　　　　July 24, 2013 | _____<br>　　　　　　U.S.D.J. |